UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DR. JENNIFER MCNAMARA,<br>Plaintiff(s),<br>v.<br>COALITION FOR THE COMMON GOOD,<br>Defendant(s). | CASE NO. C25-2102-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

The Court GRANTS the parties' stipulated motion to dismiss. Dkt. No. 19.

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without an award of fees or costs to either party.

DATED this 15th day of September, 2026.

Kymberly K. Evanson
United States District Judge